

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Edward Toby Garza,

Vs. No. 11-23-00020-CR

The State of Texas,

\* From the 32nd District Court
of Mitchell County,
Trial Court No. 8157.

\* May 9, 2024

\* Memorandum Opinion Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect a fine of $500, and we delete the "X" and "$100" in the line for "Child Abuse Prevention Fine." As modified, we affirm the judgment of the trial court.